### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| **Tyree Talley,** §<br>　　Plaintiff §<br>§<br>v. §<br>§<br>**City of Austin and** §<br>**John Does,** §<br>　　Defendants. § | **Case No. 1:21-cv-00249-RP** |

### PLAINTIFF'S ADR REPORT

In accordance with the Scheduling Order [D.I. 22] and pursuant to Local Rule CV-88, Plaintiff hereby submits the following ADR Report.

1. Plaintiff is represented by the undersigned counsel.

2. Plaintiff submitted a written offer of settlement to defendants on August 19, 2022.

3. Defendant City of Austin responded in writing to Plaintiff's settlement offer on September 17, 2022.

4. Plaintiff anticipates the negotiations will continue as the case progresses through discovery in anticipation of trial.

5. Plaintiff is prepared to engage in mediation when the City of Austin is prepared to do so.

**Dated: September 20, 2022**

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　**HENDLER FLORES LAW, PLLC**

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Donald Puckett*
　　　　　　　　　　　　　　　　　　　　　　　Scott M. Hendler - Texas Bar No. 0944550
　　　　　　　　　　　　　　　　　　　　　　　shendler@hendlerlaw.com
　　　　　　　　　　　　　　　　　　　　　　　Donald Pucket - Texas Bar No. 24013358

        dpuckett@hendlerlaw.com
        901 S. MoPac Expressway
        Bldg. 1, Suite #300
        Austin, Texas 78746
        Telephone: (512) 439-3200
        Facsimile: (512) 439-3201

*-And-*

        Rebecca Ruth Webber
        Texas Bar No. 24060805
        rwebber@rebweblaw.com
        4228 Threadgill Street
        Austin, Texas 78723
        Tel: (512) 669-9506
        **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed via the Court's CM/ECF system on September 20, 2022, which will serve on all counsel of record.

        */s/ Donald Puckett*
        Donald Puckett